UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WHITE,<br><br>        Plaintiff,<br><br>    v.<br><br>PAYPAL, INC.,<br><br>        Defendant. | Case No. 19-cv-08015-DMR<br><br>**ORDER TO SHOW CAUSE** |

On December 6, 2019, Plaintiff Todd White filed a complaint against Defendant PayPal, Inc. ("PayPal") and an application for leave to proceed *in forma pauperis* ("IFP"). [Dockets No. 1 ("Compl."), 2.] The court now orders Mr. White to show cause as to why his complaint should not be dismissed for lack of jurisdiction. Federal courts are courts of limited jurisdiction, and a "federal court is presumed to lack jurisdiction in a particular case unless the contrary affirmatively appears." *Stock W., Inc. v. Confederated Tribes*, 873 F.2d 1221, 1225 (9th Cir. 1989) (citations omitted). A federal court may exercise either federal question jurisdiction or diversity jurisdiction. Mr. White's complaint contains only state law claims for breach of contract, fraud, and violations of California Business & Professions Code § 17200, *et seq.* Because these claims do not give rise to federal question jurisdiction, Mr. White must plead diversity jurisdiction.

A district court has diversity jurisdiction where the parties are diverse and "the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs." 28 U.S.C. § 1332. Parties are diverse only when the parties are "citizens of different states." *Id.* A corporation is a citizen of "every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1). The complaint states that Mr. White is a citizen of California and PayPal is a "Delaware corporation." Compl. ¶¶ 4, 5. It does not explain whether PayPal is incorporated in Delaware, has its principal place of business there, or both. If PayPal is incorporated in Delaware but its principal place of business is in California, then the parties are not

diverse and the court lacks diversity jurisdiction. In his response, Mr. White shall explain the citizenship of PayPal, including the state in which it is incorporated and its principal place of business.

Mr. White must file a written response to this order to show cause by **January 10, 2020**. The court refers Mr. White to the section "Representing Yourself" on the Court's website, located at http://cand.uscourts.gov/proselitigants, as well as the Court's Legal Help Centers for unrepresented parties. In San Francisco, the Legal Help Center is located on the 15th Floor, Room 2796, of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. In Oakland, the Legal Help Center is located on the 4th Floor, Room 470S, of the United States Courthouse, 1301 Clay Street, Oakland.

**IT IS SO ORDERED.**

Dated: December 30, 2019

DONNA M. RYU
United States Magistrate Judge