UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>PAYPAL, INC.,<br><br>    Defendant. | Case No. 19-cv-08015-WHO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 2, 8 |

There are two pending matters before me – pro se plaintiff Todd White's application to proceed *in forma pauperis* ("IFP") and Magistrate Judge Donna M. Ryu's Report and Recommendation to dismiss this IFP action due to lack of subject matter jurisdiction. Dkt. Nos. 2, 8. Having considered the IFP application, I GRANT it.

The complaint alleges state law claims for breach of contract, fraud, and violations of California Business & Professions Code § 17200, *et seq.* Because the claims do not give rise to federal question jurisdiction, Magistrate Judge Ryu issued an order to show cause for plaintiff to clarify whether he alleges the existence of diversity jurisdiction. Dkt. No. 4.

In response, the plaintiff asserts that defendant's principal place of business is in Delaware. Dkt. No. 7. But upon taking judicial notice of defendant's corporate Statement of Information, Judge Ryu found that defendant's principal executive office is in San Jose, California, and therefore both parties are citizens of California. Plaintiff attempted to add a new federal claim under 18 U.S.C. § 241, but, as Magistrate Judge Ryu points out, Title 18 of the United States Code codifies federal criminal statutes that may only be prosecuted by the United States government. *See Chrysler Corp. v. Brown*, 441 U.S. 281, 284 (1979) (discussing the very limited circumstances in which there is an implied private right of action under a criminal statute). Accordingly,

Magistrate Judge Ryu recommends that this case be dismissed with prejudice for lack of subject matter jurisdiction.

Objections to the recommendation were due no later than 14 days after its service on February 4, 2020. No objections have been filed as of the date of this Order. I find Magistrate Judge Ryu's Report correct, well-reasoned, and thorough; I adopt it in every respect. Accordingly, the *in forma pauperis* request is GRANTED and the case is DISMISSED without prejudice for lack of subject matter jurisdiction. While I am skeptical that a plausible claim can be brought that would give this court jurisdiction, under the rules to liberally allow amendment, I will grant leave to amend within twenty days of the date below.

**IT IS SO ORDERED.**

Dated: February 27, 2020



WILLIAM H. ORRICK
United States District Judge